USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODI RADABAUGH and BARBARA J. VERNON, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>Defendants. | CASE NO. 1:22-cv-8336 |

**[PROPOSED] ORDER TRANSFERRING**
**VENUE TO SOUTHERN DISTRICT OF OHIO**

This matter is before the Court on Defendant's Motion to Transfer Venue (ECF Nos. 21-22). Pursuant to the Parties' joint letter (ECF No. 23), Plaintiffs are joining Defendants' request and agree that the action should be transferred to the Southern District of Ohio. Accordingly, Defendants' Motion is hereby **GRANTED**. The **Clerk is DIRECTED TO TRANSFER** this action to the United States District Court for the Southern District of Ohio. This transfer will not affect Defendants' deadline to answer or otherwise respond to the Complaint, which will remain January 13, 2023.

Dated: 12/09/2022

_____
Hon. Valerie Caproni
United States District Court Judge